**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MEYLING AUXILIADORA MOLINA CHAVARRIA,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

CASE NO. 5:26-cv-04436-SK

**ORDER GRANTING HABEAS PETITION (RELEASE)**

Petitioner, a native and citizen of Nicaragua detained at the Adelanto Detention Facility, seeks release from ICE custody under 28 U.S.C. § 2241. Previously, petitioner was granted a conditional writ ordering her release unless she was given a prompt bond hearing (consistent with the judgment and orders in the *Maldonado Bautista* case) at which the government had to bear the burden of proving by clear and convincing evidence the need to detain petitioner pending further removal proceedings. *See* Case No. 2:26-cv-04658-SK.

Though petitioner was given a hearing on May 19, 2026, the immigration court failed to comply with the express condition of the writ requiring that the burden of proof be shifted to the government with a clear-and-convincing standard of proof (consistent with the same relief given to other Bond Eligible Class members by the *Maldonado Bautista* district court). Petitioner thus asks for unconditional release now based on the immigration court's failure to comply with one of the conditions in this court's conditional writ.

Because the record reflects that the immigration court failed to comply with the conditional writ, the § 2241 petition here is construed as a motion to enforce this court's May 13, 2026 order and judgment in Case No. 2:26-cv-04658-SK. So construed, the petition is GRANTED with an unconditional writ of habeas corpus. *See* 28 U.S.C. § 2243; 28 U.S.C. § 1651(a); Fed. R. Civ. P. 70(a).

Respondents are thus FORTHWITH ORDERED TO RELEASE Petitioner **Meyling Auxiliadora Molina Chavarria** (**A# 215-884-511**) on a written order of release on recognizance (in both English and Spanish) that sets forth the express terms of release and the exclusive conditions on which that release order may be revoked under 8 U.S.C. § 1226(b) and all agency regulations implementing § 1226(b). Respondents must also immediately return all identification, work authorization, or other official documents.

IT IS SO ORDERED.

DATED: August 20, 2026

HON. STEVE KIM
United States Magistrate Judge