JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYLING AUXILIADORA MOLINA CHAVARRIA,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | CASE NO. 5:26-cv-04436-SK<br>**JUDGMENT** |

In accordance with the Order Granting Habeas Petition (Release), IT IS ADJUDGED that Petitioner **Meyling Auxiliadora Molina Chavarria** (**A# 215-884-511**) is to be RELEASED FORTHWITH on a written order of release on recognizance (in both English and Spanish) that sets forth the express terms of release and the exclusive conditions on which that release order may be revoked under 8 U.S.C. § 1226(b) and all agency regulations implementing § 1226(b). Respondents must also immediately return all identification, work authorization, or other official documents.

IT IS SO ORDERED.

DATED: August 20, 2026

HON. STEVE KIM
United States Magistrate Judge